Krista M. Enns (CA SBN 206430)
Benesch, Friedlander, Coplan & Aronoff LLP
100 Pine St., Suite 3100
San Francisco, CA 94111
Tel: (628) 600-2250
Fax: (628) 221-5828

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

WESTFIELD BANK, FSB

PLAINTIFF(S)

v.

AL KASH INSURANCE AGENCY, INC.

DEFENDANT(S).

CASE NUMBER

8:25-mc-00017

**AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION**

☒ State of California, County of San Francisco

☐ State of _____, County of _____

I, Krista M. Enns, hereby state under penalty of perjury that,

1. Judgment for $ 1,472,743.75 was entered on July 23, 2025 on the docket of the above-entitled action in the U. S. District Court, Central District of California in favor of Westfield Bank, FSB as Judgment Creditor, and against Al Kash Insurance Agency, Inc. as Judgment Debtor.

   **If this is a Registered Judgment from another Court or District, include the following information.*** Said Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Civil Case Number 1:25-cv-00783 in the United States District Court for the Northern District of Ohio and which has become FINAL.

2. I am the Judgment Creditor, or the attorney for said Judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

3. ACCRUED since the entry of judgment in the Northern District of Ohio are the following sums:
   $ 6,120.97 accrued interest, computed at 4.1 % (See note.)
   $ 0.00 accrued costs

Credit must be given for payments and partial satisfaction in the amount of $ 0 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, State of California, this 23rd date of July, 2025.

_/s/ Krista M. Enns_
Signature

***Note: Judgments registered under 28 U.S.C. §1963 bear the rate of interest of the district of origin and calculated as of the date of entry in that district.**

CV-24 (06/01)   AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION